1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL A. FAZIO and KIM MARIE              No.  2:16-cv-2183 JAM DB PS
     FAZIO,
12
                                                 ORDER
13                    Plaintiffs,

14          v.

15   FEDERAL HOME LOAN MORTGAGE
     CORPORATION, JP MORGAN CHASE
16   BANK, NATIONAL ASSOCIATION;
     MTC FINANCIAL, DBA TRUSTEE
17   CORPS; and DOES 1-100,

18                    Defendants.

19

20          Plaintiffs are proceeding pro se with the above-entitled action.  The matter was referred to

21   a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

22          On June 2, 2017, the magistrate judge filed findings and recommendations herein which

23   were served on all parties and which contained notice that any objections to the findings and

24   recommendations were to be filed within fourteen days after service of the findings and

25   recommendations.  The fourteen-day period has expired, and no party has filed objections to the

26   findings and recommendations.

27          The court has reviewed the file and finds the findings and recommendations to be

28   supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed June 2, 2017 (ECF No. 29) are adopted in full;

2. Defendant Freddie Mac's September 20, 2016 motion to dismiss the complaint's TILA claim (ECF No. 6) is granted;

3. The complaint's TILA cause of action is dismissed without leave to amend;

4. The court finds that defendant Trustee Corps is not a nominal defendant;

5. The court declines to exercise supplemental jurisdiction over the complaint's state law causes of action for wrongful foreclosure and cancelation of documents; and

6. This action is remanded to the El Dorado County Superior Court.

DATED:  July 18, 2017

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

/fazio21834.jo